UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:25-11325 AH (ADS)                    Date:  May 13, 2026

Title:  *Maritza Miranda, et al. v. Avery at Moorpark, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|                    Kristee Hopkins                    |                    None Reported                    |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDERS**

On November 14, 2025, at-liberty Plaintiff Edwige Mondesir, Jr. filed a Civil Rights Complaint under 42 U.S.C. § 1983 on behalf of himself and his parents, Edwige Mondesir, Sr. and Maritza Miranda.  (Dkt. No. 1.)  On November 25, 2025, the Office of the Clerk entered a Notice of Discrepancy, requiring Plaintiffs to pay the filing fee or otherwise file a Request to Proceed In Forma Pauperis within thirty days.  (Dkt. No. 3.)  On December 19, 2026, Plaintiff Mondesir, Sr. filed a Notice of Intent to Pay Filing Fee.  (Dkt. No. 5.)  On February 9, 2026, the Court dismissed the Complaint with leave to amend and granted Plaintiff leave to file a First Amended Complaint by no later than March 9, 2026.  (Dkt. No. 6.)  As of the date of this order, the Court has not received the filing fee, a First Amended Complaint, or any response to the Order Dismissing with Leave to Amend from Plaintiff.

Plaintiff is hereby **ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute and obey court orders**.  Plaintiff must file a written response by no later than **May 21, 2026**.  Plaintiff may respond to this Order to Show Cause by paying the filing fee and (a) filing a First Amended Complaint; or (b) filing a statement with the Court indicating the desire to continue to move forward with the current Complaint despite the weaknesses noted by the Court in the Order Dismissing with Leave to Amend.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:25-11325 AH (ADS)                          Date:  May 13, 2026

Title:  *Maritza Miranda, et al. v. Avery at Moorpark, et al.*


       Plaintiff is expressly warned that failure to timely file a response to this Order to Show Cause may result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).

       **IT IS SO ORDERED.**


Initials of Clerk kh