UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA MIRANDA, et al.,<br>Plaintiffs,<br>v.<br>AVERY AT MOORPARK, et al.,<br>Defendants. | Case No. 2:25-11325 AH (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all records and filings in this case, including the Report and Recommendation of United States Magistrate Judge, (Dkt. No. 10). No objections were filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation, (Dkt. No. 10), is accepted;

2. The case is dismissed without prejudice; and

3. Judgment is to be entered accordingly.

DATED: July 24, 2026

Anne Hwang

THE HONORABLE ANNE HWANG
United States District Judge