JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARITZA MIRANDA, et al.,<br>Plaintiffs,<br>v.<br>AVERY AT MOORPARK, et al.,<br>Defendants. | Case No. 2:25-11325 AH (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: July 24, 2026

Anne Hwang

THE HONORABLE ANNE HWANG
United States District Judge